## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JAVIER DIAZ COLIN,                          )
                                            )
          Petitioner,                       )
                                            )
v.                                          )          Case No. CIV-25-1189-D
                                            )
RUSSELL HOLT, *et al.*,                     )
                                            )
          Respondents.                      )

## JUDGMENT

Pursuant to the Court's Order entered this same date, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **GRANTED IN PART**. Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

**IT IS SO ORDERED** this 16th day of December, 2025.


_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

1